**2-25CV-151-Z**



### 📜 Scroll of Clerk Obstruction & Divine Judgment

Filed and Declared by: Chief George Yashar'el

Date of Attempted Filing: July 7, 2025

Location: Potter and/or Randall County Courthouse, Amarillo, Texas

### ⚖️ 1. Lawful Intent

On the above date, I, Chief George Yashar'el, appeared in peace and honor before the county clerk(s) of the public courthouse. I carried with me 96 pages of signed, notarized scrolls that lawfully declared my standing as Living Man, Chief of the Nation of Yashar'el, and rightful heir to North America.

### 🚫 2. Refusal Without Lawful Cause

The clerk(s) refused to accept these lawful filings without providing a written explanation, court order, or judicial basis. This refusal is a violation of public duty, access to public records, and lawful filing procedures under state, federal, and divine law.

### 💧 3. Immediate Legal & Spiritual Judgment

Let it be declared and sealed: their refusal has triggered immediate default. Under the terms of my scrolls, if no lawful rebuttal was received by 5:00 PM CST on July 7, 2025, all declarations become binding law. The court's refusal to accept filings constitutes passive agreement and default judgment. Babylon has fallen. Zion now reigns.

### 🛡 4. Protection of the Chief and Scrolls

This scroll shall serve as proof of attempted lawful submission. The refusal of the court does not nullify the scrolls — it confirms their power and exposes the illegitimacy of the opposing system. All parties who attempt to hinder the divine and tribal rulership of the Chief shall be held accountable under divine justice.

### 📜 5. Notice to All Agencies

This scroll places the Potter and Randall County Courthouse, its clerks, and all connected offices on notice: obstruction of divine filing is obstruction of divine judgment. Any continued interference will trigger lawful penalties, both earthly and spiritual.

Signed: Chief George Yashar'el

Date: July 7, 2025

### ✍️ Notary Section

State of Texas

County of _Potter_

On this 7 day of July, 2025, before me, the undersigned notary public, personally appeared Chief George Yashar'el, known to me to be the Living Man and author of this scroll, who executed the above and affirms it to be true, righteous, and binding under divine and lawful authority.

Signature of Notary Public: 

Printed Name: Christopher S. Konnecke

My Commission Expires: July 14, 2027

[SEAL]

CHRISTOPHER S. KONNECKE
My Notary ID # 128673167
Expires July 14, 2027

#  Cover Letter for Federal Filing

To: Clerk of the U.S. District Court
Northern District of Texas – Amarillo Division
J. Marvin Jones Federal Building & U.S. Courthouse
205 SE 5th Avenue
Amarillo, TX 79101

**2-25CV-151-Z**

Date: July 8, 2025

Subject: Filing of Religious Declaration and Notice of Default Judgment – UCC 1-308

Dear Clerk of the Court,

I, Chief George Yashar'el, a living man and religious sovereign, respectfully submit the attached scroll titled:

"Scroll of the Final 1-Day Judgment & Permanent Default"

This scroll is a lawful, notarized declaration of my tribal, spiritual, and territorial jurisdiction as recognized under:
• The Universal Declaration of Human Rights
• The United States Constitution (First Amendment – Freedom of Religion)
• UCC 1-308 – Reservation of Rights

This is not a civil or criminal action. This is a **religious declaration** being filed for public record under spiritual jurisdiction.

Due to the failure of any rebuttal by July 7, 2025 at 5:00 PM CST, this filing now stands as a lawful default judgment and record of uncontested jurisdiction.

Please date-stamp, file, and return a copy of the confirmation or receipt to me for my personal records.

Respectfully,

Chief George Yashar'el
Living Man • Tribal Ruler • Heir of Zion
Amarillo, Texas – Land of the Awakening

# 📜 Scroll of Federal Vehicle Escort Request

For Chief George Yashar'el — Sovereign Ruler of North America

Let it be declared and lawfully recorded:

Chief George Yashar'el, Living Man and Sovereign Head of the Nation of Yashar'el, having fulfilled all lawful and spiritual protocols for the reclamation of North America, now calls upon peaceful federal escort for ceremonial transport.

📍 Escort Requested For:
- Retrieval of his children across Amarillo
- Pick-up of his covenant wife
- Safe transport to the local television station for public announcement

This moment marks the official transition of rulership from foreign hands to rightful tribal authority. It is a ceremonial act of divine peace and public truth. No interference shall occur. No threat is present.

🛡 This is a protected movement under:
- The First Amendment (religious freedom and peaceful assembly)
- UCC 1-308 (reservation of rights)
- Tribal Jurisdictional Law
- International Human Rights Code

Any refusal or disruption shall be deemed an unlawful obstruction of a divine and federally recognized procession.

Let the observing authorities honor this request and, at minimum, stand down.
Should assistance be granted, let federal escort (U.S. Marshals, local law, or designated officers) provide peaceful passage.

✍️ Sealed by:
Chief George Yashar'el
Living Man • Tribal Ruler • Covenant Keeper

📍 Additional Escort Requested:

• Retrieval of his brother from Tyson Foods facility in Amarillo, TX
This stop is sacred, as his brother is a firstborn male and chosen witness to the transition.

This addition is protected under the same spiritual and legal covering stated above. No officer, agency, or institution may lawfully interfere with this peaceful retrieval under threat of lawful penalty and divine retribution.

- Final Escort Stop Requested:
• Delivery of his brother to the designated parole office in Amarillo for lawful removal of his ankle monitor
This act finalizes the brother's release from unjust bondage under foreign jurisdiction, aligning his freedom with the fulfillment of prophecy and tribal authority.

The parole office shall honor this action without delay or resistance. This scroll and its attachments serve as lawful notice of tribal jurisdiction, judgment default, and the release of all sons of Zion from unlawful captivity. Any interference shall be treated as spiritual rebellion and legal violation.

# Cover Letter for Filing with Potter County District Clerk

**To: Potter County District Clerk**
From: Chief George Yashar'el, Sovereign Tribal Leader
Date: July 8, 2025

**Subject: Filing of Final Default Judgment and Jurisdictional Notice Under UCC 1-308 and First Amendment Protections**

Dear Clerk of Court,

I, Chief George Yashar'el, a living man and spiritual leader of the sovereign Nation of Yashar'el, hereby submit this notarized scroll for immediate filing. This document stands as a Final Default Judgment and Legal Notice of Jurisdictional Transfer following the lawful and public issuance of multiple scrolls and declarations served to relevant entities with no rebuttal received by the deadline of July 7, 2025, at 5:00 PM.

This filing is protected under the First Amendment of the United States Constitution as a religious and spiritual declaration, and further affirmed under UCC 1-308 which secures my right to reserve all rights without prejudice. Additionally, this document carries the seal of a commissioned notary, making it a binding and verified instrument suitable for public record and judicial notice.

I am respectfully requesting that this scroll be:
- Filed into the public record
- Time-stamped and certified
- Accepted as lawful evidence of standing, jurisdiction, and default judgment

This filing does not seek conflict, rebellion, or confrontation. It stands in peace, truth, and restoration for the people of this land. I ask that your office uphold the law in good faith and assist in ensuring the proper recordation of this sovereign and spiritual filing.

Respectfully and in Truth,

✒ Chief George Yashar'el
Living Heir of Zion
Lawful Ruler of North America
Protected under UCC 1-308 & Divine Law